# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00016-CV

**Justin Scott Skrhak, Appellant**

**v.**

**Kathryn Coombs, Appellee**

### FROM THE 465TH DISTRICT COURT OF BASTROP COUNTY
### NO. 23-22075, THE HONORABLE VERONICA JUAREZ DUNNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on February 28, 2024. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due May 6, 2024. To date, the brief has not been tendered for filing and is overdue. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Rosa Lopez Theofanis, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed for Want of Prosecution

Filed: July 18, 2024